UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-15362 |
| KOWASHEIA DENISE HYMON, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing: Tues., July 28, 2015 |
| Debtor. | ) | at 10:30a.m. |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Tuesday, July 28, 2015 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, presiding in Courtroom 680, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee's Application for Compensation and Expenses** and shall seek entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on June 23, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Nathan Curtis
Geraci Law, LLC
55 E. Monroe Street, Suite 3400
Chicago, IL 60603

Kowasheia Hymon
9 N. Waller, 3rd Floor
Chicago, IL 60644
VIA U.S. MAIL

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HYMON, KOWASHEIA DENISE | ) | Case No. 14-15362 JC |
| | ) | |
| | ) | Hon. JACQUELINE P. COX |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To: THE HONORABLE JACQUELINE P. COX

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,650.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $9,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 400.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 1,650.00 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: June 4, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Kowasheia Hymon
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **06/04/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011725.0009**

14 - Trustee Matters

**FEES THROUGH JUNE 4, 2015**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/20/14 | NBN | Meet with N. Posner regarding contact attorneys Berdelle for information as to medical malpractice claim. | 0.30 |
| 09/16/14 | NBN | Meet with N. Posner regarding Berdelle representation issues. | 0.30 |
| 10/20/14 | NBN | Correspondences with N. Curtis and J. Nisivaco regarding meeting tomorrow. | 0.30 |
| 12/04/14 | NBN | Meet with F. Dosonmu regarding settlement motion (.2); review change of address information (.1). | 0.30 |
| 01/07/15 | NBN | Review order approving settlement. | 0.20 |
| 01/13/15 | NBN | Letter to J. Nisivaco enclosing executed Release. | 0.20 |
| 01/15/15 | NBN | Correspondences with T. Nisivaco and K. Hymon regarding receipt of funds. | 0.20 |
| 01/22/15 | NBN | Telephone conference with K. Hymon regarding endorsing settlement check. | 0.20 |
| 01/23/15 | NXS | Open bank account, obtained federal tax id # (.20) and deposited funds received from settlement of P.I. (.20). | 0.40 |
| 01/28/15 | NBN | Letters to J. Nisivaco and K. Hymon regarding checks to be issued (.20); meet with K. Hymon regarding same (.10); review asset notice (.10). | 0.40 |
| 01/28/15 | NXS | Prepare two checks: 1) to J. Nisivaco for fees incurred and 2) to Debtor-K. Hymon in settlement of her personal injury pursuant to Court Order dated 1/6/15. | 0.30 |
| 01/29/15 | NBN | Review claims bar date. | 0.20 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com



thinking business, practicing law.

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Kowasheia Hymon
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **06/04/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011725.0009**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/18/15 | NBN | Review claim of IRS. | 0.20 |
| 02/26/15 | NBN | Review claim of Navient Solutions. | 0.20 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/01/15 | NBN | Review claims register and schedules (.20); contact IRS regarding claim (.10). | 0.30 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| | | **Total Hours** | **4.90** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.