# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: HYMON, KOWASHEIA DENISE     §   Case No. 14-15362
                                   §
                                   §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 07/28/2015 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/23/2015         By:  /s/ Norman B. Newman
                                                                      Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HYMON, KOWASHEIA DENISE  § Case No. 14-15362
§
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 9,801.98 |
| *leaving a balance on hand of* [1] | $ 5,198.02 |
| **Balance on hand:** | $ 5,198.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 5,198.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,650.00 | 0.00 | 468.75 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 16,552.50 | 0.00 | 4,702.37 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 94.68 | 0.00 | 26.90 |

Total to be paid for chapter 7 administration expenses:  $ 5,198.02
Remaining balance:  $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,286.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 4,286.28 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,541.38 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Navient Solutions Inc. on behalf of | 2,541.38 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-15362-JPC
Kowasheia Denise Hymon  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez             Page 1 of 2              Date Rcvd: Jun 24, 2015
                               Form ID: pdf006             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2015.
db         +Kowasheia Denise Hymon,   9 N Waller 3rd Flr,    Chicago, IL 60644-3973
aty        +Folarin Dusunmu,   Much Shelist PC,   191 N Wacker Drive,   Suite 1800,
             Chicago, IL 60606-1631
aty         John L Nisivaco,   Lavin & Nisivaco PC,   10 South LaSalle Street,   Suite 2102,
             Chicago, IL  60602
21842647   +City of Mt Vernon,   Bankruptcy Dept,   1100 Main St,   Po Box 1708,
             Mount Vernon,IL 62864-0034
21842646   +Clerk, First Mun Div,   Bankruptcy Dept.,   50 W. Washington St., Rm. 1001,
             Chicago,IL 60602-1316
21842635   +Comcast,   C/O Credit Protection ASSO,   13355 Noel Rd Ste 2100,   Dallas,TX 75240-6837
21842637   +Comcast Chicago Seconds - 4000,   C/O Credit Management LP,   4200 International Pkwy,
             Carrollton,TX 75007-1912
21842649   +Edward James,   3205 W 15th St,   Chicago,IL 60623-2270
21842641   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta,GA 30374-0241
21842642   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen,TX 75013-2002
21842645   +James Chung,   850 E Higgins Rd,   #125R,   Schaumburg,IL 60173-4788
22977122    Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
             Wilkes-Barre PA. 18773-9635
21842643   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester,PA 19016-1000
21842636   +US Cellular,   C/O DEBT Recovery Solution,   900 Merchants Concourse,   Westbury,NY 11590-5142
21842640   +Verizon Wireless,   C/O Pinnacle Credit Servic,   7900 Highway 7 # 100,
             Saint Louis Park,MN 55426-4045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21842638   +E-mail/Text: bknotice@erccollections.com Jun 25 2015 01:31:09     AT T,
             C/O Enhanced Recovery CO L,   8014 Bayberry Rd,   Jacksonville,FL 32256-7412
21842648   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 25 2015 01:30:54     Asset Acceptance LLC,
             Bankruptcy Department,   PO Box 2036,   Warren,MI 48090-2036
21842633   +E-mail/Text: contact@csicollects.com Jun 25 2015 01:32:54     Certified Services INC,
             Attn: Bankruptcy Dept.,   1733 Washington St Ste 2,   Waukegan,IL 60085-5192
21842644   +E-mail/Text: legalcollections@comed.com Jun 25 2015 01:32:23     Commonwealth Edison,
             Bankruptcy Dept.,   3 Lincoln Center 4th Floor,   Oakbrook Terrace,IL 60181-4204
21842639   +E-mail/PDF: pa_dc_ed@navient.com Jun 25 2015 01:27:33     DEPT OF ED/SALLIE MAE,
             Attn: Bankruptcy Dept.,   Po Box 9635,   Wilkes-Barre,PA 18773-9635
21842651   +E-mail/Text: cio.bncmail@irs.gov Jun 25 2015 01:30:16     IRS Priority Debt,   Bankruptcy Dept.,
             PO Box 7346,   Philadelphia,PA 19101-7346
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Boudreau Nisivaco LLC
21842634*   +Certified Services INC,   Attn: Bankruptcy Dept.,   1733 Washington St Ste 2,
             Waukegan,IL 60085-5192
21842650*   +Clerk, First Mun Div,   Bankruptcy Dept.,   50 W. Washington St., Rm. 1001,
             Chicago,IL 60602-1316
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2015 at the address(es) listed below:
          Adam  Suchy    on behalf of Debtor Kowasheia Denise Hymon ndil@geracilaw.com
          Folarin S. Dosunmu    on behalf of Trustee Norman B Newman fdosunmu@muchshelist.com,
           dwolski@muchshelist.com;sholstrom@muchshelist.com
          Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
           nsulak@muchshelist.com;IL83@ecfcbis.com

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2                  Date Rcvd: Jun 24, 2015
                              Form ID: pdf006          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
          Norman B Newman    on behalf of Attorney   Much Shelist, P.C. nnewman@muchshelist.com,
           nsulak@muchshelist.com;IL83@ecfcbis.com
          Norman B Newman    nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sharon L Hunt    on behalf of Debtor Kowasheia Denise Hymon ndil@geracilaw.com
                                                                                             TOTAL: 7
```