**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HYMON, KOWASHEIA DENISE § Case No. 14-15362
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,725.00            Assets Exempt: $16,725.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00       Claims Discharged
                                             Without Payment: $2,541.38

Total Expenses of Administration: $9,000.00

---

   3) Total gross receipts of $   15,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   6,000.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 16,647.18 | 22,099.16 | 22,076.16 | 9,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 730.00 | 4,286.28 | 4,286.28 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,373.00 | 2,541.38 | 2,541.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $19,750.18 | $28,926.82 | $28,903.82 | $9,000.00 |

4) This case was originally filed under Chapter 7 on April 24, 2014. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2015          By: /s/NORMAN NEWMAN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Legal Malpractice Claim | 1249-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kowasheia Hymon | Settlement Proceeds from Legal Malpractice Claim/Order dated 1/6/15 | 8100-002 | 6,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,650.00 | 1,650.00 | 469.34 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 94.68 | 71.68 | 20.39 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 16,552.50 | 16,552.50 | 4,708.29 |
| John L. Nisivaco | 3210-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | | N/A | 1.98 | 1.98 | 1.98 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $22,099.16 | $22,076.16 | $9,000.00 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 730.00 | 4,286.28 | 4,286.28 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $730.00 | $4,286.28 | $4,286.28 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Navient Solutions Inc. on behalf of | 7100-000 | 2,373.00 | 2,541.38 | 2,541.38 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,373.00 | $2,541.38 | $2,541.38 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-15362
**Case Name:** HYMON, KOWASHEIA DENISE

**Period Ending:** 09/11/15

**Trustee:** (330270) NORMAN NEWMAN
**Filed (f) or Converted (c):** 04/24/14 (f)
**§341(a) Meeting Date:** 05/27/14
**Claims Bar Date:** 05/01/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Cash on Hand<br>        Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2   Prepaid debit card<br>        Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3   Household Goods; tv, vcr, stereo, couch, utensil<br>        Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 4   Books, CD's, DVD's, Tapes/Records, Family Pictur<br>        Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 5   Necessary wearing apparel.<br>        Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6   Earrings, watch, costume jewelry<br>        Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 7   Pending medical malpractice claim against West S<br>        Abandon pursuant to Order dated 12/18/14 | 0.00 | 0.00 | OA | 0.00 | FA |
| 8   Legal Malpractice Claim  (u) | Unknown | Unknown | | 15,000.00 | FA |
| **8   Assets   Totals** (Excluding unknown values) | **$1,725.00** | **$0.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Investigating personal injury claim.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014        **Current Projected Date Of Final Report (TFR):**   June 22, 2015  (Actual)

Printed: 09/11/2015 02:18 PM    V.13.25

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-15362  
**Case Name:** HYMON, KOWASHEIA DENISE  
**Taxpayer ID #:** **-***3382  
**Period Ending:** 09/11/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/15 | {8} | ISBA Mutual Insurance Company | Settlement pursuant to Order date 1/6/15. | 1249-000 | 15,000.00 | | 15,000.00 |
| 01/28/15 | 101 | Kowasheia Hymon | Settlement Proceeds from Legal Malpractice Claim/Order dated 1/6/15 | 8100-002 | | 6,000.00 | 9,000.00 |
| 01/28/15 | 102 | John L. Nisivaco | Special Counsel Fees | 3210-000 | | 3,750.00 | 5,250.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,240.00 |
| 02/11/15 | 103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-15362, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 1.93 | 5,238.07 |
| 02/11/15 | 103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-15362, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -1.93 | 5,240.00 |
| 02/11/15 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-15362, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 1.98 | 5,238.02 |
| 02/11/15 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-15362, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -1.98 | 5,240.00 |
| 02/11/15 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-15362, BOND NUMBER 10BSBGR6291 | 2300-000 | | 1.98 | 5,238.02 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,228.02 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,218.02 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,208.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,198.02 |
| 07/29/15 | 106 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 28.44% on $1,650.00, Trustee Compensation; Reference: | 2100-000 | | 469.34 | 4,728.68 |
| 07/29/15 | 107 | MUCH SHELIST, P.C. | Dividend paid 28.44% on $71.68, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 20.39 | 4,708.29 |
| 07/29/15 | 108 | MUCH SHELIST, P.C. | Dividend paid 28.44% on $16,552.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,708.29 | 0.00 |

Subtotals : $15,000.00  $15,000.00

{} Asset reference(s)

Printed: 09/11/2015 02:18 PM  V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-15362  
**Case Name:** HYMON, KOWASHEIA DENISE

**Taxpayer ID #:** **-***3382  
**Period Ending:** 09/11/15

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 6,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$9,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5766** | 15,000.00 | 9,000.00 | 0.00 |
| | $15,000.00 | $9,000.00 | $0.00 |

{} Asset reference(s)                                                             Printed: 09/11/2015 02:18 PM    V.13.25